UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL EUGENE LOVELL,

    Plaintiff,

v.                              Case No: 3:12-cv-1352-J-39JBT

LARRY CHRISLDON WILLIAMS and
KNIGHT TRANSPORTATION, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 36; Stipulation) filed on March 25, 2014. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 28th day of March, 2014.

BRIAN J. DAVIS
United States District Judge

- 2 -

em

Copies to:

Counsel of Record